UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARIO RODRIGUEZ,<br><br>　　　　　　Petitioner,<br>v.<br><br>E.K. McDANIEL, et al.,<br><br>　　　　　　Respondents. | Case No. 2:16-cv-00629-JCM-VCF<br><br>ORDER |

　　　　This is a habeas corpus proceeding under 28 U.S.C. § 2254 in which this court entered a final judgment against the petitioner on May 3, 2016. ECF No. 4. On November 22, 2016, the Ninth Circuit of Appeals denied a certificate of appealability. ECF No. 14. On April 23, 2019, the Ninth Circuit of Appeals denied petitioner's petition for writ of mandamus. ECF No. 34.

　　　　Petitioner continues to file motions and send letters to the court requesting copies of documents and/or claiming that he was not notified of orders entered in this case. With respect to the copy requests, it is unclear, in most instances, what specific documents he is requesting. With respect to notification, a review of the docket indicates that every order entered in this case was mailed to petitioner's address of record at the time. Even so, the court directs the Clerk to send petitioner copies of the

documents entered at ECF Nos. 16-21, 23-26 and 28. The Clerk shall also send petitioner a copy of the mail receipt for the order entered on July 3, 2017 (ECF No. 21).

Petitioner's pending motions (ECF No. 36, 40) are denied for lack of clarity. The court will entertain no future motions in this case. See ECF Nos. 21/31.

IT IS SO ORDERED.

DATED September 25, 2020.

_____
UNITED STATES DISTRICT JUDGE